IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN LOPRESTI | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-6281 |
| | : | |
| COUNTY OF LEHIGH, et al. | : | |

## ORDER

AND NOW, this 12th day of May, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant County of Lehigh's Motion for Summary Judgment (Documents 14 and 15) is GRANTED. Judgment is entered in favor of the County and against Plaintiff Kathleen Lopresti on Count I of the Complaint.

It is further ORDERED Defendant American Federation of State, County and Municipal Employees District Council 88, Local 543, AFL-CIO's (AFSCME) Motion for Summary Judgment (Document 17) is GRANTED. Judgment is entered in favor of AFSCME and against Lopresti on Count II of the Complaint.

It is further ORDERED AFSCME's Motion in Limine (Document 25) is DISMISSED as moot.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.